THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. GRIFFIN, Appellant. [60 NYS3d 907]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, DeJoseph and Troutman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [60 NYS3d 908]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and Curran, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE HALL, Appellant. [60 NYS3d 906]—Motion for writ of error coram nobis denied. Present—Carni, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TUREMAIL MCCULLOUGH, Appellant. [60 NYS3d 908]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley and Troutman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL A. JARAMILLO, Appellant. [60 NYS3d 909]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Carni, Lindley and Curran, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM M. DEAN, Appellant. [60 NYS3d 909]—Motion for reargument denied. Present—Whalen, P.J., Smith, Carni and Troutman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL L. SCHROCK, Appellant. [60 NYS3d 909]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Lindley, Curran, Troutman and Winslow, JJ.